IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:14-CR-30181-NJR-10 |
| | ) |
| SAMMIE WHITE, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

Before the Court is a *pro se* motion from Defendant Sammie White, in which he requests a copy of his docketing statement, plea agreement, judgment, and sentencing transcript (Doc. 489).

On August 27, 2015, Defendant White pleaded guilty to one count of conspiracy to distribute and possess with intent to distribute controlled substances and one count of money laundering conspiracy (Doc. 297). On December 15, 2015, Defendant White was sentenced to 135 months in prison (Doc. 355).

In his motion for copies, Defendant White requests a copy of his "Docketing Statement, Plea Agreement, and Judgment In Criminal Case, *i.e.* (Judgment and Commitment Sheet, with Courtroom Minute Sheet, as while (sic) as the Sentencing Transcript proceedings Attached." (Doc. 489).

Defendant White's motion for copies is **DENIED.** Defendants have no constitutional right to a complimentary copy of any document in their court files. *United States v. Beckham*, 07-CR-40062-JPG, 2009 WL 1884496, at *1 (S.D. Ill. June 30, 2009), *citing United States v. Groce,* 838 F.Supp. 411, 413, 414 (E.D.Wis. 1993). Defendant White should contact his

attorney to obtain copies of the requested documents, or copies can be provided by the Clerk of the Court's office, at the rate of $0.50 per page, with prepayment in advance.

Next, the Court turns to Defendant White's request for a copy of the transcript from his sentencing hearing. After a review of the file, the Court notes that no transcript was prepared in this case. The Court **DIRECTS** Defendant White to contact the court reporter, Laura Esposito, at the United States District Court for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, IL 62201, to determine the cost of a copy of the hearing transcript.

As a final note, if Defendant White wishes to claim indigence and have the Court provide him copies of the docket sheet, and/or prepare and provide him a copy of the transcript from his sentencing hearing, the Court may require him to show: (1) that he has exhausted *all* other means of access to his files (*i.e.*, he has contacted his trial counsel and requested copies); (2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar to that required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's trust account for the previous six-month period prior to filing); and (3) that the documents requested are necessary for the preparation of some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218–19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *United States v. Groce*, 838 F.Supp. 411, 413–14 (E.D. Wis. 1993).

**IT IS SO ORDERED.**

DATED: April 12, 2016

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**